Kevin E. Beck, Esq.
Nevada Bar No. #8371
KEVIN E. BECK, LTD.
3137 E. Warm Springs Rd., Ste. 100
Las Vegas, NV  89120
Telephone:      (702) 641-9900
Facsimile:       (702) 260-8983
E-mail:            kevin@kevinbecklaw.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC,<br><br>                        Plaintiff,<br><br>vs.<br><br>PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY,<br><br>                        Defendant. | Case No. 2:13-cv-01974-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to the approval by the Court, Defendant Paul Kemsley substitutes Kevin E. Beck, Esq. (Nevada Nar No. 8371) of Kevin E. Beck, Ltd., as counsel of record in the place and stead of Gary Logan, Esq.

Contact information for new counsel is as follows:
```
Firm Name       :     Kevin E. Beck, Ltd.
Address         :     3137 E. Warm Springs Rd., #100, Las Vegas, NV  89120
Telephone       :     (702) 641-9900
Facsimile       :     (702) 260-8983
E-mail          :     kevin@kevinbecklaw.com
```

I hereby consent to the above substitution.

DATED: August 6, 2014

                                                       /s/ Paul Kemsley                              
                                                      PAUL KEMSLEY, Defendant

1

I hereby consent to the above substitution.

DATED: August 6, 2014

By /s/ Gary Logan, Esq.
Gary Logan, Esq.
Nevada Bar No. 0302
300 S. Fourth Street, #701
Las Vegas, NV  89101
Attorney for Defendant

I am duly admitted to practice in the District of Nevada.  I hereby accept the above substitution as attorney for Defendant Paul Kemsley.

DATED: August 6, 2014

KEVIN E. BECK, LTD.

By /s/ Kevin E. Beck, Esq.
Kevin E. Beck, Esq.
Nevada Bar No. 8371
3137 E. Warm Springs Rd., Ste. 100
Las Vegas, NV  89120
Attorney for Defendant

The above Substitution of Attorney is hereby approved and so ORDERED.

DATED: August 6, 2014

~~DISTRICT COURT~~ JUDGE
United States Magistrate

2