CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
ANTHONY R. AGER, ESQ.
Nevada Bar No. 007969
DURHAM JONES & PINEGAR, P.C.
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135
Phone: (702) 870-6060
Email: cnewman@djplaw.com
       aager@djplaw.com

WILLIAM N. HELOU, ESQ.
Tennessee Bar No. 022839
*Admitted Pro Hac Vice*
WSMLEGAL PLLC
2817 West End Avenue, Suite 126-107
Nashville, TN 37203
Phone: (615) 900-5585
Email: whelou@wsmlegal.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL KEMSLEY aka<br>PAUL ZEITAL KEMSLEY,<br><br>    Defendant. | Case No.: 2:13-cv-01974-RFB-VCF<br><br>STIPULATED JUDGMENT |

    Plaintiff, BELLAGIO, LLC (the "Plaintiff" or "Bellagio"), and Defendant, PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY (the "Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree to have Judgment entered against Defendant and in favor of Plaintiff as follows:

    1.    IT IS HEREBY STIPULATED that Plaintiff has valid and enforceable causes of actions against Defendant for Defendant's unpaid negotiable credit instrument and the contracts related thereto as plead in Plaintiff's Complaint on file herein;

///

2.   IT IS FURTHER STIPULATED that by virtue of Defendant's failure to pay said negotiable instrument to Plaintiff, Judgment shall be entered by the above-entitled court in favor of Plaintiff and against Defendant in the principal amount of **Two Million Two Hundred Seventy Thousand and 00/100 Dollars ($2,270,000.00)**;

3.   IT IS FURTHER STIPULATED that the Judgment as stated in paragraph 2 above shall bear post-judgment interest at the contracted rate of eighteen percent (18%) per annum from the date this Stipulated Judgment is entered until fully satisfied, for all of which let garnishment and execution issue forthwith;

4.   IT IS FURTHER STIPULATED that any payment made by Defendant, under the Settlement Agreement entered into by the Parties, shall be credited against the principal amount of this Stipulated Judgment, indicated in paragraph 2 above; and

5.   IT IS FURTHER STIPULATED that in the event that this Stipulated Judgment is filed with the Court, Defendant waives any right to appeal this Stipulated Judgment or otherwise challenge this Judgment under Fed. R. Civ. P. Rule 59 or Rule 60 or by any separate action in any jurisdiction.

Dated: 2/24/2015                                   Dated: 2/24/15

By: _____                        By: _____
Craig S. Newman, Esq.                              Kevin B. Beck, Esq.
Nevada Bar No. 003780                              Nevada Bar No. 008371
Anthony R. Ager, Esq.                              3137 E. Warm Springs Rd., Suite 100
Nevada Bar No. 007969                              Las Vegas, Nevada 89120
Durham Jones & Pinegar, P.C.                       Attorney for Defendant
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135

William N. Helou, Esq.
Tennessee Bar No. 022839
Admitted Pro Hac Vice
WSMLEGAL PLLC
2817 West End Avenue, Suite 126-107
Nashville, TN 37203
*Attorneys for Plaintiff*

DURHAM JONES & PINEGAR, P.C.
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135

LV_3038283

2

## DECLARATION OF PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY

I, PAUL KEMSLEY aka PAUL ZEITAL KEMSLEY, declare the following:

(1) I am the Defendant in the above-captioned matter; (2) I have read, understood and, after having the opportunity to consult with competent legal counsel, agreed to be bound by the terms of this Stipulated Judgment; (3) I have authorized my attorney to execute this Stipulated Judgment; and (4) I acknowledge that I have executed this instrument freely and voluntarily and for the uses and purposes therein mentioned.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this 21 day of February 2015.

By: _____
PAUL KEMSLEY AKA
PAUL ZEITAL KEMSLEY
*Defendant*

3

## JUDGMENT

THIS STIPULATED JUDGMENT (Case No. 2:13-cv-01974-RFB-VCF), CONSISTING OF A TOTAL OF FOUR (4) PAGES, INCLUDING THIS SIGNATURE PAGE, IS SO ENTERED AS A JUDGMENT OF THIS COURT, AND FOR ALL SUCH JUDGMENT AMOUNTS STATED THEREIN LET GARNISHMENT AND EXECUTION ISSUE FORTHWITH.

DATED: September 6, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted By:

By: _____
CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
ANTHONY R. AGER, ESQ.
Nevada Bar No. 007969
DURHAM JONES & PINEGAR, P.C.
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135

WILLIAM N. HELOU, ESQ.
Tennessee Bar No. 022839
*Admitted Pro Hac Vice*
WSMLEGAL PLLC
2817 West End Avenue, Suite 126-107
Nashville, TN 37203

*Attorneys for Plaintiff*

DURHAM JONES & PINEGAR, P.C.
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135

LV_303828.3

4